**Order entered August 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00859-CV

### THERESA BARNETT, Appellant

### V.

### DAVID S. CROCKETT, ET AL., Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-00136**

## ORDER

Before the Court is appellant's emergency motion to stay enforcement of the judgment of

the trial court. We **DENY** the motion.

/s/     ROBERT M. FILLMORE
           JUSTICE